FILED

06/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0123

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0123

BRETT CAMEN,

    Plaintiff and Appellant,

-vs-

GLACIER EYE CLINIC, P.C., and
KALISPELL REGIONAL MEDICAL
CENTER, INC.,

    Defendants and Appellees.

**ORDER GRANTING
EXTENSION OF TIME
TO TRANSMIT RECORD
ON APPEAL**

Pursuant to Appellant's Motion to Extend the Time for Submission of Record on Appeal, and good cause appearing, IT IS HEREBY ORDERED that Appellant's Motion to Extend the Time for Submission of Record on Appeal GRANTED. Pursuant to Rule of Appellate Procedure 9 (3) (b), the court reporter shall have an additional 50 days from the current deadline of June 8, 2022, in which to file the transcript on appeal, making the new deadline July 28, 2022.

SO ORDERED.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2022